JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DAVID KIRSCHNER, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HASBRO, INC., a Rhode Island corporation,<br><br>　　　　Defendant. | Case No. CV09-3469 DSF CWx<br><br>**ORDER ON STIPULATION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Action Filed:   May 15, 2009<br>Judge Assigned: Honorable Dale S. Fischer, Dept. 84<br><br>Discovery Cutoff: June 11, 2010<br>Motion Cutoff:   August 9, 2010<br>Trial Date:          Vacated |

　　　　The Court, having read and considered the Stipulation to Dismiss Action ("Stipulation") filed by Plaintiff David Kirschner ("Kirschner") and defendant Hasbro, Inc. ("Hasbro"), and finding good cause for the granting thereof, hereby **ORDERS** that:

///
///
///
///
///

　　　　1.　　the Stipulation is granted in full; and

-1-

    2.    this action, identified as case number CV09-3469 DSF CWx, is dismissed with prejudice as against Hasbro.

**IT IS SO ORDERED.**

Dated: March 21, 2011

By *Dale S. Fischer*
Hon. Dale S. Fischer
Judge of the United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28